IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE ELLIS CHRISTIAN
ADC #129956                                                                                      PLAINTIFF

v.                                      No. 2:15-cv-178-DPM

R.G. BARDON, Sergeant,
East Arkansas Regional Unit                                                          DEFENDANT

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).  Christian's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 December 2015