IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOE ELLIS CHRISTIAN
ADC #129956                                                                   PLAINTIFF

v.                              No. 2:15-cv-178-DPM

R.G. BARDON, Sergeant,
East Arkansas Regional Unit                                                   DEFENDANT

## JUDGMENT

Christian's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2015